# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143433 & (10)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD DARNELL APPLING,
      Defendant-Appellant.

SC: 143433
COA: 303669
Ingham CC: 09-001260 FH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

                               Clerk

y1017